

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:     Louise  Jowdy v. Hermelinda Rossi, USAA, USAA County Mutual
Insurance Company, USAA Casualty Insurance Company

Appellate case number:   01-19-00715-CV

Trial court case number: 2017-43825

Trial court:              80th District Court of Harris County

Appellant filed a motion for extension on September 8, 2020, requesting a 21-day extension of time to file appellant's brief.  The Court granted this extension on the same day, noting that no further extensions would be granted.  Later the same day, appellant filed another motion, this time requesting 30, rather than 21 days.  Appellant requested this additional time in part because documents are missing from the clerk's record and appellant is attempting to correct that.

Accordingly, the Court **withdraws** its ruling of September 8, 2020, granting the 21-day extension and noting that no further extensions would be granted.  Instead, the Court grants appellant's latest motion and sets the new **deadline for filing the brief as October 15, 2020**.  No further extensions will be granted absent a showing of exceptional circumstances.

It is so ORDERED.

Judge's signature: _____/s/ Richard Hightower_____
                   ☑ Acting individually     ☐ Acting for the Court

Date:  __September 15, 2020___